**Order entered March 25, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00378-CV

### IN RE: TODD PRUETT

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07463**

## ORDER

The Court **GRANTS** appellant's February 28, 2013 motion for an extension of time to file a notice of appeal. The notice of appeal filed on March 19, 2013 is deemed timely filed for jurisdictional purposes.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE